No. 93–7416. CASTLEBERRY v. FREMONT COUNTY DISTRICT COURT. Sup. Ct. Idaho. Certiorari denied.

No. 93–7417. BATTLE v. BARNETT, SUPERINTENDENT, EASTERN CORRECTIONAL INSTITUTION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–7418. WEHRINGER v. BRANNIGAN. C. A. 2d Cir. Certiorari denied.

No. 93–7437. BABY BOY DOE, A FETUS, BY HIS COURT-APPOINTED GUARDIAN AD LITEM, MURPHY, COOK COUNTY PUBLIC GUARDIAN v. MOTHER DOE. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 93–7439. WINTERS v. ILLINOIS HUMAN RIGHTS COMMISSION ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 93–7445. JOHNSTON v. CHAMPION, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 93–7450. KELLEY v. SMITH, JUDGE, SUPERIOR COURT OF GEORGIA, HENRY COUNTY. Ct. App. Ga. Certiorari denied.

No. 93–7452. EDGESTON v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 93–7453. HART v. BORGERT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 93–7458. BERNADOU v. ROLLINS, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–7462. GROESBECK v. GROESBECK. Ct. App. N. M. Certiorari denied.

No. 93–7464. ABIDEKUN v. COMMISSIONER OF SOCIAL SERVICE OF THE CITY OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 93–7469. HARDY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–7470. MEEKS v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.